IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANDREW BEMPAH,<br><br>PLAINTIFF,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br><br>DEFENDANT. | Case No. 22-cv-748<br><br>Hon. Rebecca R. Pallmeyer |

### NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiff, by and through counsel, hereby accepts Defendant's Rule 68 Offer of Judgment, attached hereto as Exhibit A, and requests that this Honorable Court (1) enter the judgment against Defendant Midland Credit Management, Inc. in the amount of $1,001, plus reasonable attorney's fees and costs, and (2) grant leave to parties to confer pursuant to Local Rule 54.3 on Plaintiff's attorneys' fees and costs or for Plaintiff to file a fee petition.

Respectfully submitted,

By: /s/ *Bryan Paul Thompson*
One of Plaintiff's Attorneys

Bryan P. Thompson
Robert W. Harrer
Chicago Consumer Law Center, P.C.
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
(312) 858-3239
bryan.thompson@cclc-law.com
rob.harrer@cclc-law.com

## CERTIFICATE OF SERVICE

    I, Bryan Paul Thompson, hereby certify that on Monday, April 11, 2022, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record and to counsel for Defendant via email at:

    Nicholas D. O'Conner (ARDC# 6302672)
    noconner@lockelord.com
    Brian D. Nevel (ARDC# 6309777)
    brian.nevel@lockelord.com
    **LOCKE LORD LLP**
    111 South Wacker Drive
    Chicago, Illinois 60606
    Phone: 312-443-0700

    Respectfully submitted,

    By: s/ *Bryan Paul Thompson*